# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DESHAWN FARMER,<br><br>    Petitioner,<br><br>  v.<br><br>RICHARD KIRKLAND, Warden<br><br>    Respondent.<br>_____/ | CV F 05-1253 OWW DLB HC<br><br>ORDER REGARDING RESPONDENT'S FILING OF ANSWER TO PETITION AND DIRECTING CLERK OF COURT TO SERVE COPY OF ORDER ON ATTORNEY GENERAL |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On January 3, 2006, the Court directed Respondent to submit a response to the instant petition. However, on February 17, 2006, and March 1, 2006, Petitioner filed "supplemental briefs" in which it appeared to the Court that Petitioner was attempting to amend the instant petition. (Court Docs. 10, 11.) Therefore, on March 14, 2006, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Court issued an order vacating the January 3, 2006, order directing Respondent to submit a response to the petition, and granted Petitioner thirty days in which to file an amended petition.[1] (Court Doc. 12.) However, a review of the Court's docket indicates that Respondent was inadvertently never served with a copy of the Court's March 14, 2006, order, and therefore filed an answer to the petition on March 29, 2006. (Court Doc. 13.)

  Although, in light of the Court's March 14, 2006, order, no answer was currently due or

---

[1] An amended petition is currently due on or before April 13, 2006.

1

1 contemplated by the Court, because Respondent has filed an answer to the initial petition, and it
2 is unclear at this juncture whether Petitioner will file an amended petition, the Court will allow
3 the answer to remain on the docket, until the posture of the case is resolved.  Petitioner is advised
4 that no response to the answer need be filed prior to filing an amended petition, and Respondent
5 need not file an answer to the amended petition, if one is filed, unless and until directed to do so
6 by the Court.[2]  The Clerk of Court is directed to serve a copy of this order on the Attorney
7 General.

9          IT IS SO ORDERED.
10          Dated:    April 6, 2006                            /s/ Dennis L. Beck
   3b142a                                         UNITED STATES MAGISTRATE JUDGE

---

[2] If an amended petition is not filed by Petitioner, the Court will issue a further order granting Petitioner time to file a traverse to Respondent's answer to the original petition.

2