UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DESHAWN FARMER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICHARD KIRKLAND, Warden,<br><br>　　　　Respondent. | 1:05-CV-01253-OWW-DLB-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED PETITION (DOCUMENT #19) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 10, 2006, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty days from the date of service of this order in which to file an amended petition, pursuant to the court's order of March 14, 2006.

　　　IT IS SO ORDERED.

　　**Dated:   April 18, 2006**　　　　　　　　　　**/s/ Dennis L. Beck**
ah0l4d　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE