# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DESHAWN FARMER,<br><br>        Petitioner,<br><br>   v.<br><br>RICHARD KIRKLAND, Warden<br><br>        Respondent.<br>_____/ | CV F 05-1253 OWW DLB HC<br><br>ORDER STRIKING ANSWER TO PETITION (Doc. 13), AND DIRECTING RESPONDENT TO SUBMIT RESPONSIVE PLEADING TO PETITIONER'S AMENDED PETITION (Doc. 22) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    As set forth in the Court's April 10, 2006, order, after the Court issued an order directing Respondent to file a response to the petition, Petitioner filed a brief in which it appeared that Petitioner was attempting to amend the instant petition. Therefore, on March 14, 2006, the Court vacated the January 3, 2006, order to respond, and granted Petitioner thirty days in which to file an amended petition. Respondent was inadvertently never served with a copy of the Court's March 14, 2006, and therefore filed an answer to the petition on March 29, 2006. Because of the confusion, the Court issued an order on April 10, 2006, informing Respondent that the initial order to respond had been vacated, but the answer would nonetheless remain on the docket until the procedural posture of the case was resolved. On April 21, 2006, Petitioner filed an amended petition.

    Because Petitioner has now filed an amended petition, the Court will strike Respondent's answer to the initial petition, and direct Respondent to submit a response to the amended petition

1  in compliance with the Court's January 3, 2006, order.

2       Accordingly, it is HEREBY ORDERED that:

3       1.   Respondent's answer filed March 29, 2006, at Court Document 13, is

4            STRICKEN; and

5       2.   Respondent is directed to file a responsive pleading to Petitioner's amended

6            petition, filed April 21, 2006, at Court Document 22.

7

8       IT IS SO ORDERED.

9       Dated:   **May 2, 2006**            **/s/ Dennis L. Beck**
        3b142a                              UNITED STATES MAGISTRATE JUDGE