UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DESHAWN FARMER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RICHARD KIRKLAND, Warden,<br><br>　　　　Respondent. | 1:05-CV-01253-OWW-DLB-HC<br><br>ORDER REQUIRING RESPONDENT TO INFORM THE COURT WHETHER RESPONDENT WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION |

　　　　Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254.

　　　　On July 7, 2006, respondent filed a response to the amended petition for writ of habeas corpus.  At this time, respondent shall be required to notify the Clerk of Court in writing whether or not respondent consents to the jurisdiction of the U.S. Magistrate Judge for all purposes pursuant to 28 U.S.C. §636(c), using the forms supplied by the Clerk.  Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　The Clerk of Court is directed to send respondent a copy of the consent option form and the instructions for consent to Magistrate Judge Jurisdiction; and

　　　　2.　　Within twenty days of the date of service of this order, respondent shall file with the court a completed consent option form indicating consent or decline to Magistrate Judge Jurisdiction. Failure to comply with this order may result in the imposition of sanctions.

　　　IT IS SO ORDERED.

　　　Dated: 　October 12, 2006　　　　　　　　　　/s/ Dennis L. Beck
ah0l4d　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE