IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DESHAWN FARMER, | 1:05-cv-01253-OWW-DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME |
| vs. | TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS and |
| ACTING WARDEN RICHARD KIRKLAND, | DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| Respondent. | (DOCUMENT #47) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 20, 2007, petitioner filed a motion for appointment of counsel and an extension of time to file Objections to Findings and Recommendations.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

GOOD CAUSE having been demonstrated, Petitioner's motion for an extension of time

shall be granted, and Petitioner shall receive a thirty day extension of time to file objections.

    Accordingly, IT IS HEREBY ORDERED:

    1.    Petitioner's request for appointment of counsel is denied; and,

    2.    Petitioner is granted thirty days from the date of service of this order in which to file any Objections to the Findings and Recommendation.

IT IS SO ORDERED.

**Dated:** **January 9, 2008**　　　　　　　　　／s／ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE