

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALLEN DESHAWM FARMER,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

vs.

1:05-CV-1253 OWW/DLB HC

ACTING WARDEN RICHARD KIRKLAND,

_____/

     Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

_____

___X___    Denied for the following reason:

_____ *No right to effective of counsel.* _____

_____

_____

Dated: *1- 30- 08*

OLIVER W. WANGER
United States District Judge